IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSE FLORES,<br>　　Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NUMBER. 5:15-cv-00178<br><br>JURY DEMANDED |

_____

**AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
_____

　　Plaintiff Jose Flores and Defendant State Farm Lloyds ("Defendant") hereby file this Agreed Stipulation of Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii).

　　1.　Plaintiff files suit against Defendant related to an insurance claim for property damage allegedly caused by storm-related conditions which occurred on or about May 9, 2014.

　　2.　Plaintiff no longer wishes to pursue his claim against Defendant. Therefore, this matter is now concluded.

　　3.　Plaintiff moves to dismiss the entire suit without prejudice. Defendant agrees to the dismissal.

　　4.　This case is not a class action, and a receiver has not been appointed.

　　5.　This dismissal is without prejudice. The parties will bear their own costs of suit.

Respectfully submitted

*/s/ Jason M. Klein*
Jason M. Klein, ATTORNEY IN CHARGE
State Bar No. 24090211
Federal ID No. 2328687
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021
Jason@vosslawfirm.com

ATTORNEYS FOR PLAINTIFF

and

*/s/ Brian M. Chandler*
Brian M. Chandler, ATTORNEY-IN-CHARGE
bmc@ramey-chandler.com
State Bar No. 04091500
Federal Bar No. 7660
Ronald P. Schramm
rps@ramey-chandler.com
State Bar No. 17810385
Federal Bar No. 174875
Ramey, Chandler, Quinn & Zito, P.C.
750 Bering Drive, Suite 600
Houston, Texas  77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064

ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS

## **CERTIFICATE OF SERVICE**

I certify that on the **12th day of April, 2017**, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system as indicated below, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

*Via Electronic Service*
Brian M. Chandler
Ronald P. Schramm
Ramey, Chandler, Quinn & Zito, P.C.
750 Bering Dr, Suite 600
Houston, TX 77057
bmc@ramey-chandler.com

/s/ Jason M. Klein_____
Jason M. Klein